UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-03500-Sanchez

UNITED STATES OF AMERICA

vs.

DARIO MIGUEL GAINZA DOIMEADIOS, and
ALESSANDRO PIGA

      Defendants.
_____/

FILED BY ER D.C.

Jul 28, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

                                                    Respectfully submitted,

                                                    MARKENZY LAPOINTE
                                                    UNITED STATES ATTORNEY

By:    /s/ Robert F. Moore
          Robert F. Moore
          Assistant United States Attorney
          Court ID No. A5502488
          U.S. Attorney's Office
          99 NE 4th Street
          Miami, Florida 33132
          Telephone (305) 961-9411
          Email: Robert.Moore@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| Dario Miguel Gainza Doimeadios, and Alessandro Piga | ) Case No. 24-mj-03500-Sanchez |
| | ) |
| Defendants. | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __7/22/2022 through 8/14/2023__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit bank fraud. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew Rogers, Special Agent, USSS
Printed name and title
(No. A18080)

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __July 28, 2024__

_Judge's signature_

City and state: __Miami, FL__    Hon. Eduardo I. Sanchez, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Rogers, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Secret Service and have been so employed since September 2022. I received extensive training to conduct criminal investigations involving or relating to the financial infrastructure of the United States, including counterfeiting, money laundering, check fraud, bank fraud, access device fraud, wire fraud, and cybercrime, among other offenses. I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, the Cyber Foundational Training Course at the National Computer Forensics Institute (NCFI) in Hoover, Alabama, and the Secret Service's Special Agent Training Course in Beltsville, Maryland. I also attended and subsequently graduated from an international money laundering training course provided by FLETC. I am currently assigned to a cyber-crime squad at the Miami Field Office in Miami, Florida.

2. This affidavit is submitted in support of a criminal complaint alleging that from July 22, 2022, to August 14, 2023, Dario Miguel Gainza Doimeadios ("GAINZA") and Alessandro Piga ("PIGA") violated 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud).

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, law enforcement records, mobile device search warrant returns, witness interviews, and my training and experience, as well as on the training and experience of other law enforcement agents.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known

to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that the defendants violated 18 U.S.C. § 1349.

## SUMMARY OF PROBABLE CAUSE

5. On or about July 30, 2023, your affiant learned of a counterfeit check scheme perpetrated on a business located in West Palm Beach, Florida named The Plaza of the Palm Beaches Condominium Association, Inc. ("The Plaza"), where subjects used counterfeit checks to make unauthorized withdrawals from the company's Bank of America ("BOA") business account. The fraudulent checks were drawn on The Plaza's BOA account from May 2023 until June 2023.

6. Law enforcement conducted a preliminary investigation of the counterfeit check scheme and determined that subjects attempted to deposit counterfeit checks from The Plaza worth a total of $857,798.72. The subjects deposited counterfeit checks bearing The Plaza's accurate bank account and routing number with forged signatures. These counterfeit checks were made payable to four individuals and nine businesses and all but two of those checks were presented to financial institutions in the Southern District of Florida. Among the fraud beneficiaries who presented checks within the Southern District of Florida were Royal Runners Inc. ("RRI"), Royal Exotic Lifestyle LLC ("REL"), Royal Transfer Express LLC ("RTE"), and Piga Restaurant & Consulting Services LLC ("PRCS"). GAINZA owns or manages RRI, REL, and RTE and PIGA owns and manages PRCS.

7. The Florida Department of State's business filing website Sunbiz.org ("Sunbiz") reflects that GAINZA filed the Articles of Incorporation to create RRI in May 2019. Video footage from June 5, 2023, supplied by Truist bank, shows GAINZA depositing a counterfeit check from The Plaza in the amount of $46,867.43 into RRI's Truist bank account. The General Manager of The Plaza confirmed that this check was unauthorized and counterfeit.



8. Law enforcement began a further investigation of GAINZA and determined that between July 18, 2022, and August 14, 2023, he deposited, or had someone else deposit eighteen (18) other counterfeit checks into those three business accounts, amounting to a total of $918,970.97 over the nineteen (19) counterfeit checks. Below is a list containing those counterfeit checks, the victim corporation, GAINZA's corporation, the check's value, and the accounts that they were deposited into.

| From: | To: | Amount: | Deposit date: | Bank/Acct #: |
|---|---|---|---|---|
| Clewiston Performing Arts Center | Royal Transfer Express LLC | $29,887.34 | 8/14/2023 | JPMC bank acct #: **9820 |
| The Plaza of the Palm Beaches | Royal Transfer Express LLC | $32,910.90 | 6/30/2023 | JPMC bank acct #: **9820 |
| The Plaza of the Palm Beaches | Royal Exotic Lifestyle LLC | $78,110.67 | 6/26/2023 | JPMC bank acct #: **3886 |
| The Plaza of the Palm Beaches | Royal Exotic Lifestyle LLC | $49,374.30 | 6/23/2023 | JPMC bank acct #: **3886 |
| The Plaza of the Palm Beaches | Royal Runners Inc. | $51,243.05 | 6/21/2023 | Truist Financial acct#: **6478 |
| The Plaza of the Palm Beaches | Royal Runners Inc. | $46,867.43 | 6/5/2023 | Truist Financial acct#: **6478 |
| The Plaza of the Palm Beaches | Royal Runners Inc. | $48,625.83 | 5/24/2023 | Truist Financial acct#: **6478 |
| Advanced Electronic Manufacturing | Royal Runners Inc. | $92,512.54 | 5/22/2023 | JPMC bank acct #: **0760 |
| Paraiso Bayviews Condo Assoc. | Royal Runners Inc. | $3,200 | 3/14/2023 | JPMC bank acct #: **0760 |
| Paraiso Bayviews Condo Assoc. | Royal Runners Inc. | $3,200 | 3/14/2023 | JPMC bank acct #: **0760 |
| Paraiso Bayviews Condo Assoc. | Royal Runners Inc. | $3,200 | 8/4/2022 | JPMC bank acct #: **2519 |
| Discount Autoglass, Inc. | Royal Exotic Lifestyle LLC | $59,967.56 | 7/22/2022 | TD Bank acct #: **0162 |
| Conundrum Resolved, LLC | Royal Exotic Lifestyle LLC | $77,930.35 | 7/22/2022 | TD Bank acct #: **0162 |
| Inversiones Car, JP LLC | Royal Runners Inc. | $59,777.00 | 7/20/2022 | Wells Fargo bank acct #: **7500 |
| Inversiones Car, JP LLC | Royal Runners Inc. | $29,710.00 | 7/20/2022 | Wells Fargo bank acct #: **7500 |
| Inversiones Car, JP LLC | Royal Runners Inc. | $60,513.00 | 7/20/2022 | Wells Fargo bank acct #: **7500 |

| E & E Demolition Construction | Royal Exotic Lifestyle LLC | $65,325.00 | 7/19/2022 | TD Bank acct #: **0162 |
| Kleiman Montoya | Royal Runners Inc. | $65,333.00 | 7/19/2022 | Wells Fargo bank acct #: **7500 |
| E & E Demolition Construction | Royal Exotic Lifestyle LLC | $61,283.00 | 7/18/2022 | TD Bank acct #: **0162 |

9. In addition to the video evidence of GAINZA depositing the June 5, 2023, counterfeit check, law enforcement also located video evidence of him depositing another counterfeit check from The Plaza on June 23, 2023. The video footage supplied by JP Morgan Chase bank shows GAINZA depositing a check from The Plaza in the amount of $49,374.30 into his REL account. REL's bank records reflect that on June 26, 2023, an additional check from The Plaza in the amount of $78,110.67 was also deposited into the account. The General Manager of The Plaza confirmed that both checks were unauthorized. According to Sunbiz, GAINZA filed the Articles of Incorporation for REL in January 2022. He is currently listed as the Manager and Registered Agent of the business.



10. Law enforcement learned that GAINZA was flying back into the United States from London, England via Dubai, UAE on March 30, 2024. GAINZA was referred to secondary

4

screening while processing through a Customs and Border Protection screening area at the Miami International Airport. During secondary screening, law enforcement informed GAINZA and his spouse, Fe Lilie Batista ("Batista"), that he was detaining their mobile devices pursuant to law enforcement's border search authority. GAINZA and Batista complied with law enforcement and volunteered their devices' passwords.

   11. During the border search of GAINZA's cell phone, law enforcement observed several checks on the phone as well as deposit receipts corresponding to counterfeit checks from The Plaza. Specifically, law enforcement discovered photographs of a check made payable to RRI from Advanced Electronic Manufacturing in the amount of $92,512.54, a deposit receipt for the counterfeit check from The Plaza made payable to REL in the amount of $49,374.30, a confirmation page for a wire transfer of $135,000, which law enforcement confirmed to have contained funds defrauded from The Plaza, and a deposit receipt for the counterfeit check from The Plaza made payable to REL in the amount of $78,110.67.

   12. Based off this information, law enforcement obtained a search warrant to conduct a full forensic examination of GAINZA's cell phone. (Case No. 24-MJ02720-Goodman). A further search of GAINZA's phone revealed google searches which included "mobile deposit fake check" and "fake wire transfer receipt." The search also revealed conversations between GAINZA and his friends Yadian Valdes ("Valdes") and PIGA. During one conversation with Valdes, GAINZA solicits Valdes' assistance with the deposit of the May 24th counterfeit check from The Plaza because the deposit was not going through. During a conversation with PIGA, GAINZA makes a statement that loosely translates to "here the people who scam are you and me." Video footage from a bank ATM revealed that PIGA deposited the June 21, 2023, $51, 243.05 counterfeit check from The Plaza into GAINZA's RRI account.

5



13.     Further investigation of PIGA's PRCS bank accounts revealed that he deposited two counterfeit checks into these accounts. The first check was a $49,483.70 counterfeit check from The Plaza deposited on June 23, 2023. The second was a $39,835.69 counterfeit check from PNW Metal Recycling dba R.S. Davis Recycling on August 18, 2023.

14.     Additionally, law enforcement interviewed four other subjects who deposited counterfeit checks from The Plaza. All four subjects stated that they received the counterfeit checks appearing to be from The Plaza from an individual named Bernard Arritola ("ARRITOLA") who asked them to send some of the proceeds of the counterfeit checks back to him. A review of ARRITOLA's Verizon phone records reflect that he was in communication with GAINZA via the same phone that was searched as described above as well as PIGA. A review of ARRITOLA's bank records reveal that he received multiple Zelle payments from GAINZA, Batista, Valdes and

6

PIGA between June 2023 and September 2023. Bank video footage also revealed that ARRITOLA deposited the May 24, 2023, check from The Plaza into GAINZA's RRI account.

15. On April 25, 2024, law enforcement interviewed GAINZA. During the interview, GAINZA claimed to have never heard of The Plaza and confirmed that he has never completed any work for them. When presented with The Plaza check deposited into RRI's JP Morgan Chase bank account in the amount of $49,374.30 along with the corresponding bank branch surveillance photograph showing him depositing the check, GAINZA said he did not remember anything about the check but confirmed that it is him in the photograph. He also agreed that the signature on the endorsement line of the check appeared to be his. When presented with multiple other counterfeit checks from The Plaza found on his device, GAINZA denied knowing about any of them.

16. On or about July 24, 2024, law enforcement learned that GAINZA booked a flight to Dubai on July 23, 2024. On July 26, 2024, law enforcement learned that PIGA was going to be on the same flight. During law enforcement's search of GAINZA's cell phone, law enforcement learned that GAINZA had a conversation in Spanish with Valdes about moving to Dubai. The conversation loosely translates to GAINZA telling Valdes that he is getting a residency in Dubai and then Valdes asks if he is brining his children and GAINZA says no.

17. Additionally, GAINZA had the below conversations with a subject named Djawad about opening a business, a bank account, and purchasing a residence in Dubai. Law enforcement believes that Djawad lives in Algeria.

**12393027671 (Dario)**
Ill be dubai on march 15
2/4/2024 7:03:56.703 PM
↗ Read

**213784108774 (Djawad)**
To open the office ?
2/4/2024 7:04:20.000 PM
✓ Read

**12393027671 (Dario)**
I opened
2/4/2024 7:04:37.049 PM
↗ Read

**12393027671 (Dario)**
Im going to open bank account
2/4/2024 7:04:48.213 PM
↗ Read

Open online ?
2/4/2024 7:05:06.000 PM

**213784108774 (Djawad)**
Or you have to be their
2/4/2024 7:05:14.000 PM
✓ Read

**12393027671 (Dario)**
No
2/4/2024 7:30:55.294 PM
↗ Read

**12393027671 (Dario)**
Im getting dubai resident
2/4/2024 7:31:04.849 PM
↗ Read

**12393027671 (Dario)**
Too
2/4/2024 7:31:05.875 PM
↗ Read

18.     Finally, law enforcement discovered conversations between GAINZA and Djawad where the two discussed what life is like in various Arab countries. During that conversation, as shown below, Djawad advised GAINZA that if GAINZA moved to where Djawad lived, GAINZA would be able to bribe police and judges.

> **12393027671 (Dario)**
> 10/22/2023 5:36:22.682 PM
> egypt what is main language?

> **213784108774 (Djawad)**
> 10/22/2023 5:36:42.000 PM
> If you Come here with 1m you Can buy police, judge and everything

## CONCLUSION

19.     In consideration of the foregoing, I submit there is probable cause to believe that GAINZA and PIGA have violated provisions of federal law, including Title 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud).

**FURTHER AFFIANT SAYETH NAUGHT.**

_Matthew Rogers_
MATTHEW ROGERS
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1
by Face Time this __28th__ day of July 2024.

_Eduardo Sanchez_
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE