# MINUTE ORDER

Page 6

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                     Date: 7/31/2024     Time: 1:30 p.m.

Defendant:   1) **Dario Miguel Gainza Doimeadios**   J#: 27367-511   Case #:  24-03500-MJ-SANCHEZ

AUSA: Robert Moore                                Attorney: Ramon Sarmiento, Temporary Counsel

Violation:  Conspiracy to Commit Bank Fraud

Proceeding: Pretrial Detention Hearing                    CJA Appt:

**PTD Held**:        ⭕ Yes    ⭕ No         Recommended Bond: Pretrial Detention

*Bond Set*        *Pretrial Detention*                    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language:  English

Disposition:

*Brady Order given on 7/29/24. RRC and Prelim/Arr 8/12/24.*

*Government Exhibits 1-9 admitted*

***Pretrial Detention Hearing held***:

*USSS S/A Matthew Rogers sworn*

The Court **GRANTS** the Government's Motion for Pretrial Detention, risk of flight

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:            Time:            Judge:                    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:49:47                                 Time in Court: 40

s/Edwin G. Torres                                 Chief Magistrate Judge